EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re | 2012 TSPR 104 |
|---|---|
| Eugenio L. Rivera Ramos | 185 DPR ____ |

Número del Caso: TS-14,202

Fecha: 19 de junio de 2012

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la Notaría

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Eugenio L. Rivera Ramos                TS-14,202


RESOLUCIÓN

San Juan, Puerto Rico, a 19 de junio de 2012.

Examinada la *Moción solicitando readmisión al ejercicio de la notaría y renovación de fianza notarial*, **ha lugar. Se autoriza la reinstalación del Lcdo. Eugenio L. Rivera Ramos al ejercicio de la notaría.**

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.


Aida Ileana Oquendo Graulau
Secretaria del Tribunal Supremo